FILED
UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING
10:34 am, 1/31/23
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

MICHAEL PEEPLES,

Plaintiff,

vs.

DANIEL SHOEMAKERI et al.,

Defendants.

Case No. 22-CV-229-KHR

**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO PERMIT SERVICE VIA ALTERNATIVE MEANS AND FOR ADDITIONAL TIME TO SERVE DEFENDANTS LANCE DAWSON AND LESSORS, INC. [15]**

Before the Court is Plaintiff's Motion to Permit Service via Alternative Means and for Additional Time to Serve Defendants Lance Dawson and Lessors, Inc. (ECF No. 15). Plaintiff has attempted to serve the referenced Defendants multiple times and mailed waivers of service. *Id.* at 2. Counsel for Plaintiff conferred with counsel for Defendant who indicated he could not waive service for either Defendant. *Id.* Additionally, he indicated Defendant Dawson has not been to his home since September as he is a long-haul truck driver. *Id.* Plaintiff now seeks an additional 30 days to serve both Defendants and to do so through alternative means. *Id.* at 2–3. Specifically, Plaintiff seeks to serve Defendant Dawson through his insurance company and to serve Defendant Lessors, Inc. through its registered agent. *Id.* at 4–5.

In their Response, Defendants do not oppose the 30-day extension to February 18th, 2023. (ECF No. 16, at 2). Counsel does deny that he spoke with the registered agent for Defendant Lessors, Inc. *Id.* at 2. Counsel provides he stated "James Shapiro was or is the owner of Lessors, Inc., and that the Minnesota registered agent for Lessors, Inc. is last shown as being James Shapiro, not that Mr. Murphy had ever spoken to James Shapiro (which he has not)." *Id.* Last, counsel states service of Defendant Dawson through his insurance company is not the most efficient method as Plaintiff asserts. *Id.* Rather, the most efficient means is through Wyo. Stat. Ann. § 1-6-301 which permits service through the Wyoming Secretary of State. *Id.* Defendant would not oppose this method. *Id.* at 3.

## RULING OF THE COURT

Rule 4(e)(1) provides that a person may be served by following the state law where the district court is located or where service is to be made. Wyo. Stat. Ann. § 1-6-301(a) provides:

> [t]he use and operation of a motor vehicle on any street or highway within Wyoming by any person upon whom service of process cannot be made within Wyoming either personally or by service upon a duly appointed resident agent is deemed an appointment of the secretary of state of Wyoming as the operator's lawful attorney upon whom may be served all legal processes in any proceeding against him, or his personal representative if he be deceased, due to damage or injury to person or property resulting from the operation of a motor vehicle on the streets or highways within this state.

After a plaintiff serves a copy of the process on the secretary of state, notice of the service shall be served on the defendant, his personal representative, or through certified mail. *Id.* Once those steps have been completed, proper service of process is deemed effectuated. The court where the action is pending will order such continuances as necessary in order

to afford reasonable opportunity to the defendant to defend the action. Wyo. Stat. Ann. § 1-6-301(b).

The Court agrees with Defendant that the most efficient way to effectuate service upon Defendant Dawson is through Wyo. Stat. Ann. § 1-6-301. The law clearly contemplates situations such as these. Additionally, the Court finds good cause to grant Plaintiff's requested 30 days to accomplish service of process as Plaintiff has made numerous attempts to serve defendants and the request is unopposed.

NOW, THEREFORE, IT IS ORDERED Plaintiff's Motion to Permit Service via Alternative Means and for Additional Time to Serve Defendants Lance Dawson and Lessors, Inc. is GRANTED in part.

IT IS FURTHER ORDERED Plaintiff may serve Defendant Dawson through the procedures outlined in Wyo. Stat. Ann. § 1-6-301.

IT IS FURTHER ORDERED Plaintiff has an additional 30 days from the date of this Order to effectuate service on Defendants Dawson and Lessors, Inc.

Dated this 31st day of January, 2023.

Kelly H. Rankin
United States Magistrate Judge